# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA CHAMBER OF COMMERCE, | Case No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN CHOI, et al., | |
| Defendants. | |

The Complaint in this matter was filed on June 30, 2023 (Dkt. No. 1). A Summons was returned executed for Defendant John Choi on July 19, 2023, showing service occurred on July 3, 2023 (Dkt. No. 15). More than 21 days have elapsed since the Summons and Complaint were served on Defendant Choi, and no appearance has been entered. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiff is directed to:

1. Notify Defendant Choi or his counsel immediately that they are required to answer or otherwise respond to the Complaint or submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order.

2. File the above notice in CM/ECF; and

3. If no answer or other response is filed by Defendant Choi within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order. Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated: July 31, 2023             <u>s/ John F. Docherty</u>
                                 JOHN F. DOCHERTY
                                 United States Magistrate Judge