# WINTHROP & WEINSTINE

July 31, 2023

Thomas H. Boyd
Direct Dial: (612) 604-6505
Main Fax: (612) 604-6800
tboyd@winthrop.com

<u>VIA CM/ECF</u>
The Honorable John F. Docherty
Warren E. Burger Federal Building and U.S. Courthouse
Courtroom 6A
316 North Robert Street
St. Paul, MN 55101

Re: Minnesota Chamber of Commerce v. John Choi, et al.
Court File No. 23-CV-2015 (ECT/JFD)

Dear Magistrate Judge Docherty:

I am writing in response to the Court's order filed in the above-referenced matter earlier today.

Please be advised that Plaintiff Minnesota Chamber of Commerce's counsel has conferred with counsel for Defendant John Choi, and we are authorized to advise the Court that the parties agree that service of the summons and complaint was effective on Mr. Choi as a defendant in his official capacity in this matter on July 21, 2023. As a result, Mr. Choi's response is due on or before August 11, 2023. We will file the affidavit of service reflecting said service shortly.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*Thomas H. Boyd*

Thomas H. Boyd

THB:ehm
26925092v1