UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation, | Civil No. 0:23-cv-02015 Hon. Eric. C. Tostrud |
| Plaintiff, | |
| v. | |
| John Choi, in his official capacity as County Attorney for Ramsey County, Minnesota; George Soule, in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, in his official capacity as Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, in her official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, in her official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

## **MOTION TO INTERVENE OF CLEAN ELECTIONS MINNESOTA**

Pursuant to Federal Rule of Civil Procedure 24, Proposed Intervenor-Defendant Clean Elections Minnesota ("Clean Elections MN" or "Intervenor") hereby moves for leave to intervene as defendant in this case. Intervenor will submit a proposed Answer to Plaintiff's Complaint with its Memorandum. *See* Fed. R. Civ. P. 24(c).

This Motion is based upon the arguments contained in the accompanying Memorandum of Law, the arguments of counsel, and all of the files, records, and proceedings herein.

Date: August 16, 2023               LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Charles N. Nauen
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

FREE SPEECH FOR PEOPLE
Ronald Fein (*pro hac vice* forthcoming)
John Bonifaz (*pro hac vice* forthcoming)
Ben Clements (*pro hac vice* forthcoming)
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Counsel for Proposed-Intervenor Clean Elections Minnesota*

4871-9631-1924, v. 2