## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, | Court File No.: 0:23-CV-02015-ECT-JFD |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |
| John Choi, et al., | |
| Defendants. | |

The undersigned attorney hereby withdraws as counsel for Defendant John Choi in his official capacity in the above-captioned matter. Rebecca Krystosek will remain counsel of record.

                                                 **JOHN J. CHOI**
                                                 **RAMSEY COUNTY ATTORNEY**

Dated: October 16, 2023              By: */s/ Robert B. Roche*
                                                  Robert B. Roche (#0289589)
                                                 Assistant Ramsey County Attorney
                                                 121 Seventh Place East, Suite 4500
                                                 St. Paul, MN 55101
                                                 (651) 266-3230
                                                 robert.roche@co.ramsey.mn.us