# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 0:23-cv-02015 (ECT/DJF) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Minnesota Chamber of Commerce (the "Chamber") respectfully moves for a preliminary injunction enjoining Defendants from enforcing revised Minnesota Statute § 211B.15, subdivisions 4a and 4b. The Chamber's Motion is brought based upon the pleadings, all of the files, records, and

proceedings herein, and the Chamber's Memorandum of Law and supporting declarations, which are being served and filed as directed by the applicable rules of practice.

Pursuant to Local Rule 7.1(d)(4), the Chamber respectfully requests that this preliminary injunction motion receive expedited handling.

| | |
|---|---|
| Dated:  October 24, 2023 | **WINTHROP & WEINSTINE, P.A.** |
| | *s/Thomas H. Boyd*<br>Thomas H. Boyd, #0200517<br>Tammera R. Diehm, #0327566<br>Kyle R. Kroll, #0398433<br>Jordan E. Mogensen, #0400919<br>Cianna G. Halloran, #0402841 |
| | 225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>(612) 604-6400<br>tboyd@winthrop.com<br>tdiehm@winthrop.com<br>kkroll@winthrop.com<br>jmogensen@winthrop.com<br>challoran@winthrop.com |
| | *Attorneys for Plaintiff* |

27331566v1