# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 0:23-cv-02015 (ECT/DJF) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

PLEASE TAKE NOTICE that, **on December 18, 2023, at 11:00 AM**, **or as soon as Plaintiff may be heard pursuant to Local Rule 7.1(d)**, before the Honorable Eric C. Tostrud, at the United States District Court, U.S. Courthouse, Courtroom 7A, 316 N.

Robert Street St. Paul, Minnesota, 55101, Plaintiff Minnesota Chamber of Commerce (the "Chamber") will move for an order granting its Motion for a Preliminary Injunction.

| | |
|---|---|
| Dated: October 24, 2023 | **WINTHROP & WEINSTINE, P.A.**<br><br>*s/Thomas H. Boyd*<br>Thomas H. Boyd, #0200517<br>Tammera R. Diehm, #0327566<br>Kyle R. Kroll, #0398433<br>Jordan E. Mogensen, #0400919<br>Cianna G. Halloran, #0402841<br><br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>(612) 604-6400<br>tboyd@winthrop.com<br>tdiehm@winthrop.com<br>kkroll@winthrop.com<br>jmogensen@winthrop.com<br>challoran@winthrop.com<br><br>*Attorneys for Plaintiff* |

27331257v1