**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 23-CV-2015 (ECT/JFD) |
| Plaintiff, | | |
| vs. | | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | | **LOCAL RULE 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE FOR MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | | |

I, Thomas H. Boyd, certify that the *Memorandum of Law in Support of Law Plaintiff's Motion for Preliminary Injunction* complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used the software *Microsoft Word 2019*, and that this word processing program has been applied specifically

1

to include all text, including headings, footnotes, and quotations in the following word count, except for the caption, signature-block text, and certifications of compliance.

I further certify that the above document contains the following number of words: 9,461.

| | |
|---|---|
| Dated: October 24, 2023 | **WINTHROP & WEINSTINE, P.A.** |

By: *s/Thomas H. Boyd*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff*

27509646v1