# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants. | Case No.: 0:23-cv-02015 (ECT/DJF)<br><br><br><br>**MEET AND CONFER STATEMENT** |

I, Thomas H. Boyd, representing Plaintiff Minnesota Chamber of Commerce ("Chamber"), hereby certify that on October 5, 2023, other counsel for the Chamber and I met and conferred telephonically with counsel for the Defendants regarding the Chamber's Motion for Preliminary Injunction. During this conference, counsel for the Board

Defendants stated the Board Defendants were "seriously considering" a stipulated preliminary injunction. Following the conference, counsel for the Chamber drafted and circulated a stipulation to Defendants' counsel. On October 18, 2023, Defendants' counsel stated their clients were no longer interested in a stipulation. They confirmed there was no need to further meet and confer on the Chambers motion. As a result of the meet-and-confer communications, the Parties have not resolved the issues set forth in the Chamber's Motion for Preliminary Injunction. The meet and confer process took three weeks, which in turn delayed the filing of the Chamber's motion for a preliminary injunction. In addition, due to scheduling conflicts of Defendants' counsel, the this motion could not be scheduled for hearing in the normal course until December 18, 2023.

| | |
|---|---|
| Dated: October 24, 2023 | **WINTHROP & WEINSTINE, P.A.** |
| | *s/Thomas H. Boyd* |
| | Thomas H. Boyd, #0200517 |
| | Tammera R. Diehm, #0327566 |
| | Kyle R. Kroll, #0398433 |
| | Jordan E. Mogensen, #0400919 |
| | Cianna G. Halloran, #0402841 |
| | |
| | 225 South Sixth Street |
| | Suite 3500 |
| | Minneapolis, Minnesota 55402 |
| | (612) 604-6400 |
| | tboyd@winthrop.com |
| | tdiehm@winthrop.com |
| | kkroll@winthrop.com |
| | jmogensen@winthrop.com |
| | challoran@winthrop.com |
| | |
| | *Attorneys for Plaintiff* |

27500096v1