### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **STIPULATION ON AMICI BRIEFS, WORD LIMITS, AND BRIEFING SCHEDULE FOR PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |
| Defendants | |

Plaintiff Minnesota Chamber of Commerce ("Chamber"), *on behalf of itself and its members*; John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota ("Choi"); George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board, David Asp, *in his official capacity as* Vice

1

Chair of the Minnesota Campaign Finance and Public Disclosure Board, Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board (collectively "Board Defendants"), hereby propose and stipulate to the Court entering an order with the following terms with respect to Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 58 ("Motion")):

1. The parties do not oppose leave to third parties to file amicus curiae briefs, and a party wishing to serve as amicus curiae shall appear and file a brief as set forth below;

2. Any amicus curiae brief filed with the Court shall not exceed 6000 words;

3. The briefing schedule for the Motion is modified as follows:

    a. Amicus curiae briefs in support of the Motion shall be due on November 13, 2023;

    b. Defendants' opposition to the Motion shall be due on November 27, 2023;

    c. Amicus briefs in opposition to the Motion shall be due on December 4, 2023;

    d. Plaintiff's reply brief in support of the Motion shall be due on December 11, 2023;

4. The word count totals for the parties' briefing related to the Motion shall be enlarged to accommodate amicus curiae briefs as follows:

   a. The CFPD Board Defendants collectively shall have an additional 1,500 words, for a total of 13,500 words;

   b. Defendant Choi will have an additional 1,500 words, for a total of 13,500 words; and

   c. The Chamber will have an additional 3,000 words, for a total of 15,000 words.

   d. The parties reserve the right to request additional briefing based on the number and extent of briefing filed by amici curiae and other parties.

So stipulated:

Dated: November 2, 2023

**WINTHROP & WEINSTINE, P.A.**

_s/Kyle R. Kroll_
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff*

        KEITH ELLISON
        Attorney General
        State of Minnesota

        *s/Janine Kimble*
        JANINE KIMBLE (#0392032)
        MATT MASON (#0397573)
        NATHAN HARTSHORN (#0320602)
        Assistant Attorneys General

        445 Minnesota Street, Suite 1400
        St. Paul, Minnesota 55101-2131
        (651) 757-1415 (Voice)
        (651) 297-7206 (TTY)
        janine.kimble@ag.state.mn.us

        ATTORNEYS FOR STATE
        DEFENDANTS

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

Dated: November 2, 2023

By: __*/s/Rebecca Krystosek*_____
    Rebecca Krystosek (#0399953)
Jada Lewis (#)
Assistant Ramsey County Attorney
121 Seventh Place East, Suite #4500
Saint Paul, MN 55101
651-266-3128 (Krystosek)
651-266-3230 (Roche)
rebecca.krystosek@co.ramsey.mn.us
jada.lewis@co.ramsey.mn.us

**ATTORNEYS FOR DEFENDANT RAMSEY COUNTY ATTORNEY JOHN J. CHOI**

_____

27561136v1

4