# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**[PROPOSED]**<br><br>**ORDER ON AMICI BRIEFS, WORD LIMITS, AND BRIEFING SCHEDULE FOR PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |

This matter is before the Court on the parties' Stipulation on Amici Briefs, Word Limits, and Briefing Schedule for Plaintiff's Preliminary Injunction Motion. Based on the

1

parties' stipulation, and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. A non-party wishing to serve as amicus curiae shall appear and file a brief as set forth below;

2. Any amicus curiae brief filed with the Court shall not exceed 6,000 words;

3. The briefing schedule for Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 58 ("Motion")) is modified as follows:

   a. Amicus curiae briefs in support of the Motion shall be due on November 13, 2023;

   b. Defendants' opposition to the Motion shall be due on November 27, 2023;

   c. Amicus briefs in opposition to the Motion shall be due on December 4, 2023;

   d. Plaintiff's reply brief in support of the Motion shall be due on December 11, 2023;

4. The word count totals for the parties' briefing related to the Motion shall be enlarged to accommodate amicus curiae briefs as follows:

   a. The CFPD Board Defendants collectively shall have an additional 1,500 words, for a total of 13,500 words;

   b. Defendant Choi will have an additional 1,500 words, for a total of 13,500 words; and

  c. Plaintiff Minnesota Chamber of Commerce will have an additional 3,000 words, for a total of 15,000 words.

  d. The parties have reserved the right to request additional briefing based on the number and extent of briefing filed by amici curiae and other parties.

Dated: November __, 2023

                  _____
                  ERIC C. TOSTRUD
                  United States District Judge

27575427v1