UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

The Parties' have filed, and seek approval of, a Stipulation on Amici Briefs, Word Limits, and Briefing Schedule for Plaintiff's Preliminary Injunction Motion. ECF No. 70. Based on all the files, record, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.     A non-party wishing to serve as amicus curia shall appear and file a motion seeking leave to file an amicus brief on or before **November 20, 2023**.  Motions seeking leave to file an amicus brief shall briefly describe the non-party's interest in this case.

2.     The briefing schedule for Plaintiff's Motion for Preliminary Injunction [ECF No. 58] is modified as follows:

    a.     Defendants' response memorandums shall be filed on or before **November 27, 2023**;

    b.     Plaintiff's reply memorandum shall be filed on or before **December 11, 2023**.

3.     The word count totals for the Parties' briefing related to Plaintiff's Motion for Preliminary Injunction shall be enlarged as follows:

    a.     The CFPD Board Defendants collectively shall have an additional 1,500 words, for a total of 13,500 words;

    b.     Defendant Choi will have an additional 1,500 words, for a total of 13,500 words; and

    c.     Plaintiff Minnesota Chamber of Commerce will have an additional 3,000 words, for a total of 15,000 words.

Dated: November 3, 2023                                      s/ Eric C. Tostrud
                                                                                       Eric C. Tostrud
                                                                                       United States District Court