UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>              *Plaintiff*,<br><br>      v.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>              *Defendants*. | No. 23-CV-02015 (ECT/JFD)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

      PLEASE TAKE NOTICE that the undersigned, Nur Ibrahim, is duly admitted to practice before this Court and herein provides notice of appearance in the above-captioned case as counsel for Amici Curiae The United States Chamber of Commerce.

Dated: November 20, 2023

                    *s/ Nur Ibrahim*
                    Nur Ibrahim # 0398397
                    WILEY REIN LLP
                    2050 M Street, NW
                    Washington, DC 20036
                    (202) 719-7000
                    nibrahim@wiley.law

                    *Counsel for Amicus Curiae*