UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>    *Plaintiff*,<br><br>  v.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>    *Defendants*. | No. 23-CV-02015 (ECT/JFD)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* Chamber of Commerce of the United States of America ("Chamber") makes the following disclosure:

The Chamber is a nonprofit corporation representing the interests of more than three million businesses of all sizes, sectors, and regions. The Chamber has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: November 20, 2023

*s/ Nur Ibrahim*
Nur Ibrahim # 0398397
Caleb P. Burns (DC Bar # 474923)
Andrew G. Woodson (DC Bar # 494062)
Jeremy Broggi (DC Bar # 1029427)
Michael Showalter (DC Bar # 1618184)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
nibrahim@wiley.law
cburns@wiley.law
awoodson@wiley.law
jbroggi@wiley.law
mshowalter@wiley.law

*Counsel for Amicus Curiae*