## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Minnesota Chamber of Commerce, a
Minnesota nonprofit corporation,

            Plaintiff,

vs.

John Choi, in his official capacity as
County Attorney for Ramsey County,
Minnesota, et al.

            Defendants.

CASE 0:23-cv-02015-ECT-JFD

> **MOTION OF MINNESOTA
> BROADCASTERS
> ASSOCIATION AND
> MINNESOTA NEWSPAPER
> ASSOCIATION FOR LEAVE TO
> FILE BRIEF AS AMICI CURIAE**

_____

Pursuant to the Court's Order in this matter dated November 3, 2023, the Minnesota Broadcasters Association and the Minnesota Newspaper Association request leave to jointly file a brief amici curiae in the above-captioned case.

MBA and MNA are voluntary trade associations organized as a nonprofit corporation that promote the interests of Minnesota's broadcasters and newspapers respectively. Collectively, MBA and MNA through their members represent a large percentage of Minnesota's professional news organizations and journalists.

As with plaintiff Chamber of Commerce and its members, amici and their members desire to engage in political expression, and they are themselves entities whose speech may be restricted by Minn. Stat. §211B.15. In addition, they desire to carry the paid political advertising of various business entities and organizations that wish to disseminate such

1

advertising by means of broadcast outlets, newspapers, and the websites they maintain. However, amici and their members will likely be deterred from doing so by the statute.

MBA and MNA support the position of plaintiff Minnesota Chamber of Commerce. They believe a brief amici curiae is desirable because the impact of the decision rendered by the Court may extend well beyond the immediate parties to the action.  Applicants would file a single, joint brief if their motion is granted.

DATED:  November 20, 2023

*s/ Mark R. Anfinson*
Mark R. Anfinson
Attorney for Amici Curiae
Uptown Professional Building
3109 Hennepin Avenue South
Minneapolis, Minnesota 55408
(612) 827-5611
*mranfinson@lawyersofminnesota.com*
Atty. Reg. No. 2744
