UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

The Chamber of Commerce of the United States of America (the "Chamber") filed a motion for leave to file an amicus brief with respect to Plaintiff's motion for preliminary injunction.  ECF No. 78.  Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Chamber's Motion for Leave to File an Amicus Brief [ECF No.

78] is **GRANTED**.  The Chamber may file its proposed brief [ECF No. 78-1] as an amicus brief on or before **December 4, 2023**.

Dated:  November 21, 2023             s/ Eric C. Tostrud
                                                   Eric C. Tostrud
                                                   United States District Court