UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>         Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>         Defendants. | File No. 23-cv-2015 (ECT/JFD)<br><br>**ORDER** |

The Minnesota Broadcasters Association ("MBA") and the Minnesota Newspaper Association ("MNA") jointly filed a motion for leave to file an amicus brief with respect to Plaintiff's motion for preliminary injunction. ECF No. 80. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the MBA and MNA's Motion for Leave to File an Amicus Brief [ECF No. 80] is **GRANTED** as follows:

1.      The MBA and MNA's Memorandum of Law of Amici Curiae [ECF No. 81] will be accepted as their amicus brief; and

2.      The MBA and MNA may not file a separate amicus brief.

Dated: November 21, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court