UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>v.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants. | No. 23-CV-2015 (ECT/JFD) |

**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I, Nur Ibrahim, certify that the memorandum titled *Brief of the Chamber of Commerce of the United States of America as Amicus Curiae in Support of Plaintiff's Motion for Preliminary Injunction* complies with Local Rule 7.1(f).

1

I further certify that, in preparation of the above document, I used the software *Microsoft® Word for Microsoft 365 MSO (Version 2302)*, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, except for the caption, signature-block text, and certifications of compliance.

I further certify that the above document contains the following number of words: 3709.

                                                 Respectfully submitted,

                                                 By: s/ Nur Ibrahim
Nur Ibrahim
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
nibrahim@wiley.law

*Counsel for Amicus Curiae*

Dated:  November 21, 2023