# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, Case No: | 0:23-CV-02015-ECT-JFD |
| v. | |
| John Choi, et al., | |
| Defendants | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court, Plaintiff, and Co-Defendants that Kevin Plaisance has been retained by Defendant John Choi in his official capacity to substitute Rebecca Krystosek as counsel of record in this case.

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

Dated: November 22, 2023
By: */s/ Kevin S. Plaisance*
Kevin S. Plaisance (#0504690)
Jada Lewis (#0304803)
Assistant Ramsey County Attorney
Division Director – Civil Division
121 Seventh Place East, Suite #4500
Saint Paul, MN 55101
651-266-3178 (Plaisance)
651-266-3149 (Lewis)
kevin.plaisance@co.ramsey.mn.us
jada.lewis@co.ramsey.mn.us

*Attorneys for Defendant Ramsey County Attorney John Choi*

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

Dated: November 22, 2023
By: */s/ Rebecca Krystosek*
Rebecca Krystosek (#0399953)
Assistant Ramsey County Attorney
121 Seventh Place East, Suite #4500

Saint Paul, MN 55101
651-266-3128
[rebecca.krystosek@co.ramsey.mn.us](mailto:rebecca.krystosek@co.ramsey.mn.us)