## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Chamber of Commerce,

                Plaintiff(s),

v.

John Choi, et al.,

                Defendant(s).

Case Number: 23:cv-2015 ECT-DJF

**CAMPAIGN LEGAL CENTER'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Campaign Legal Center makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Campaign Legal Center (CLC) is a non-profit organization organized under Section 501(c)(3) of the Internal Revenue Code. CLC neither has a parent corporation nor issues stock. There are no publicly-held corporations that own ten percent or more of stock of CLC.

Dated: December 4, 2023

LATHROP GPM LLP

By: */s/Amy Erickson*
Amy Erickson (#399214)
80 South Eighth Street
3100 IDS Center
Minneapolis, Minnesota 55402
Telephone: (612) 632-3470
amy.erickson@lathropgpm.com

Tara Malloy*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
tmalloy@campaignlegalcenter.org
*Motion for admission pro hac vice pending

*Counsel for Amicus Curiae*

62884380v1