UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

---

The Campaign Legal Center filed a motion for leave to file an amicus brief with respect to Plaintiff's motion for preliminary injunction. ECF No. 94. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Campaign Legal Center's Motion for Leave to File an Amicus Brief [ECF No. 94] is **GRANTED**. The Campaign

2

Legal Center may file its proposed brief [ECF No. 94-1] as an amicus brief on or before

**December 8, 2023**.

Dated:  December 5, 2023                                s/ Eric C. Tostrud
                                                        Eric C. Tostrud
                                                        United States District Court