UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

Plaintiff Minnesota Chamber of Commerce, in connection with its Motion for a Preliminary Injunction, filed a document described on the corresponding docket entry as a "Proposed Order." ECF No. 66. The document itself is entitled "**[PROPOSED] PRELIMINARY INJUNCTION**." *Id.* at 1. The document includes an introduction,

proposed fact findings, and proposed conclusions of law. *See id.* at 1–10. The document also includes a section entitled "**ORDER**." *Id.* at 10–11. In the event Plaintiff's Motion for a Preliminary Injunction is granted, the Court will rely on the section of Plaintiff's Proposed Order entitled "**ORDER**" to craft an appropriate order. (The Court will not rely on the remainder of Plaintiff's Proposed Order to craft an appropriate order.) At the hearing on Plaintiff's Motion for a Preliminary Injunction, Defendants indicated that they objected to certain terms of Plaintiff's Proposed Order. To permit Defendants the opportunity to explain their objections and to facilitate the expedited resolution of Plaintiff's Motion for a Preliminary Injunction in the event the Motion is granted, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. By not later than 3:00 p.m. on Tuesday, December 19, 2023, Defendants shall file a memorandum not to exceed 1,500 words identifying and explaining the basis for Defendants' objections, if any, to that part of Plaintiff's Proposed Order entitled "**ORDER**" and appearing at pages 10–11 (¶¶ 1–6) of ECF No. 66.

2. By not later than 12:00 noon on Wednesday, December 20, 2023, Plaintiff may, but is not required, to file a memorandum responding to Defendants' memorandum. Any memorandum Plaintiff files shall not exceed 1,500 words.

3. The parties' prompt attention to these matters is appreciated.

Dated:  December 18, 2023                                        s/ Eric C. Tostrud
                                                                            Eric C. Tostrud
                                                                            United States District Court