UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, et al.,<br><br>Defendants. | Court File No. 23-cv-02015 (ECT/JFD)<br><br>**[PROPOSED] AMENDED SCHEDULING ORDER** |

This matter came before the Court on the parties' stipulation to amend the pretrial scheduling order. Based on the parties' stipulation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the deadlines in the pretrial scheduling order (ECF No. 51) are amended as follows:

1. Fact depositions noticed on or before January 2, 2024, shall be commenced in time to be completed on or before **February 20, 2024**;

2. The identity of any witness a party may use at trial to present evidence pursuant to Federal Rule of Evidence 702, 703, or 705 must be disclosed on or before **March 19, 2024**;

3. The initial expert report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **March 19, 2024**;

4. The identity of any witness who may testify solely to contradict or rebut evidence on the same subject matter identified by another party under Federal Rule of Civil Procedure 26(a)(2)(B) or (C) must be disclosed on or before **April 19, 2024**;

5. Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **April 19, 2024**;

6. Expert discovery, including depositions, shall be completed by **May 20, 2024**;

7. Non-dispositive motions and supporting documents which relate to fact discovery or related matters shall be filed and served on or before **February 20, 2024**;

8. Non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before **May 20, 2024**;

9. All dispositive motions must be filed and served by the moving party on or before **July 19, 2024**; and

10. The trial ready date shall remain the same, set for **October 15, 2024**.

All other deadlines and instructions found in the pretrial scheduling order (ECF No. 51) remain in full force and effect.p

DATED: _____   _____
                                    Hon. John F. Docherty
                                    U.S. MAGISTRATE JUDGE