**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,

Plaintiff,

vs.

John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,

Defendants

Case No.: 23-CV-02015 (ECT/JFD)

**STIPULATION ON BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**

Plaintiff and Defendants intend to file cross motions for summary judgment. In an effort to reduce duplicative briefing and increase efficiency, the parties propose and stipulate to the Court entering a briefing schedule with the following terms:

1. The parties do not oppose leave to third parties to file amicus curiae briefs, and a party wishing to serve as amicus curiae shall appear and file a brief as set forth below;

2. Any amicus curiae brief filed with the Court shall not exceed 6,000 words;

3. The briefing schedule for the Summary Judgment Motions are modified as follows:

   a. Plaintiff's opening summary judgment memorandum of law, along with any supporting declarations and exhibits, shall be due on July 19, 2024;

   b. Defendants' opening summary judgment memorandum of law and response to Plaintiff's motion for summary judgment, along with any supporting declarations and exhibits, shall be due on August 9, 2024;

   c. Amicus curiae briefs in support of either the Plaintiff or Defendants' motions shall be due August 16, 2024;

   d. Plaintiff's response to Defendants' motion for summary judgment, along with any supporting declarations and exhibits, and reply shall be due on September 6, 2024; and

   e. Defendants' reply to Plaintiff's response shall be due on September 19, 2024.

4. The word count totals for the parties' briefing related to the motions for summary judgment shall be enlarged to accommodate responding to any amici curiae briefs as follows:

    a. Defendants collectively shall have an additional 3,000 words, for a total of 15,000 words;

b. Plaintiff shall have an additional 3,000 words, for a total of 15,000 words.

c. The parties reserve the right to request additional briefing based on the number and extent of briefing and related submissions filed by amici curiae and parties.

5. The hearing on this motion shall be October 15, 2024, at 9:00 AM.

So stipulated:

Dated: June 12, 2024

**WINTHROP & WEINSTINE, P.A.**

*s/ Cianna G. Halloran* _______________
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff*

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Janine Kimble*
JANINE KIMBLE (#0392032)
MATT MASON (#0397573)
NATHAN HARTSHORN (#0320602)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS

Dated: June 12, 2024

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

s/ Kristine Nogosek
Kristine Nogosek (#0304803)
Kevin S. Plaisance (#0504690)
Assistant Ramsey County Attorney
121 Seventh Place East, Suite #4500
Saint Paul, MN 55101
651-266-3230 (Nogosek)
651-266-3178 (Plaisance)
kristine.nogosek@co.ramsey.mn.us
kevin.plaisance@co.ramsey.mn.us

**ATTORNEYS FOR DEFENDANT RAMSEY COUNTY ATTORNEY JOHN J. CHOI**

29034472v2