# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **[PROPOSED]** <br><br> **ORDER ON AMICI BRIEFS, WORD LIMITS, AND BRIEFING SCHEDULE FOR THE PARTIES' SUMMARY JUDGMENT MOTIONS** |
| Defendants | |

1

This matter is before the Court on the parties' Stipulation on Briefing Schedule for Summary Judgment Motions. Based on the parties' stipulation, and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. A non-party wishing to serve as amicus curiae shall appear and file a brief as set forth below;

2. Any amicus curiae brief filed with the Court shall not exceed 6,000 words;

3. The briefing schedule for the Summary Judgment Motions are modified as follows:

    a. Plaintiff's opening summary judgment memorandum of law, along with any supporting declarations and exhibits, shall be due on July 19, 2024.

    b. Defendants' opening summary judgment memorandum of law and response to Plaintiff's motion for summary judgment, along with any supporting declarations and exhibits, shall be due on August 9, 2024;

    c. Amicus curiae briefs in support of either the Plaintiff or Defendants' motions shall be due August 16, 2024;

    d. Plaintiff's response to Defendants' motion for summary judgment, along with any supporting declarations and exhibits, and reply shall be due on September 6, 2024; and

    e. Defendants' reply to Plaintiff's response shall be due on September 19, 2024.

4. The word count totals for the parties' briefing related to the motions for summary judgment shall be enlarged to accommodate responding to any amicus curiae briefs as follows:

    a. Defendants collectively shall have an additional 3,000 words, for a total of 15,000 words;

    b. Plaintiff shall have an additional 3,000 words, for a total of 15,000 words.

    c. The parties reserve the right to request additional briefing based on the number and extent of briefing and related submissions filed by amici curiae and parties.

5. The hearing on this motion shall be October 15, 2024, at 9:00 AM.

Dated: June __, 2024

                                                                ERIC C. TOSTRUD
                                                                 United States District Judge

29034072v1