UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

The parties intend to file cross-motions for summary judgment. ECF No. 116. To reduce duplicative briefing, the parties have filed, and seek approval of, a Stipulation on Briefing Schedule for Summary Judgment Motions. *Id.* Based on all the files, record, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. A non-party wishing to serve as amicus curia shall appear and file a motion seeking leave to file an amicus brief on or before **August 2, 2024**. Motions seeking leave to file an amicus brief shall briefly describe the non-party's interest in this case.

2. Plaintiff's motion for summary judgment and opening memorandum are due on or before **July 19, 2024**.

3. Defendants' motion for summary judgment and opening memorandum are due on or before **August 9, 2024**. In that same memorandum, Defendants must respond to Plaintiff's opening memorandum.

4. Plaintiff's reply memorandum is due on or before **September 6, 2024**. In that same memorandum, Plaintiff must respond to Defendants' opening memorandum.

5. Defendants' reply memorandum is due on or before **September 19, 2024**.

6. Any supporting declarations and exhibits must be filed simultaneously with the memorandum those materials support.

7. Plaintiff's two memoranda together must not exceed 15,000 words. Defendants' two memoranda together must not exceed 15,000 words.

8. A hearing on the parties' cross-motions for summary judgment is set for **October 15, 2024**, at 9:00 a.m. in Courtroom 7D in St. Paul.

Dated:  June 13, 2024
                                          s/ Eric C. Tostrud
                                          Eric C. Tostrud
                                          United States District Court