# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation, | Civil No. 0:23-cv-02015 (ECT/JFD) Hon. Eric. C. Tostrud |
| Plaintiff, | |
| v. | |
| John Choi, in his official capacity as County Attorney for Ramsey County, Minnesota; George Soule, in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, in his official capacity as Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, in her official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, in her official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING MOTION TO PARTICIPATE AS *AMICUS CURIAE* BY CLEAN ELECTIONS MINNESOTA

This matter was submitted on the papers regarding Clean Elections Minnesota's Motion to Participate as *Amicus Curiae* in the above-captioned matter with respect to Plaintiff's motion for summary judgment.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion to Participate as *Amicus Curiae* is **GRANTED.** Clean Elections MN shall submit its amicus brief on or before August 16, 2024. The brief shall be limited to 6,000 words.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Eric C. Tostrud
United States District Court Judge