# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**PLAINTIFF'S MOTION TO EXCLUDE THE OPINIONS OF PROFESSOR SARAH HAAN** |

Pursuant to Rule 702 of the Federal Rules of Evidence and applicable law, Plaintiff Minnesota Chamber of Commerce (the "Chamber") moves the Court to exclude the opinions of Professor Sarah Haan, who Defendants proffer as an expert in this matter. Plaintiff's motion is based upon the pleadings, files, records, and proceedings herein, and

1

Plaintiff's Memorandum of Law and supporting Declarations, filed pursuant to the applicable Federal Rules of Civil Procedure and District of Minnesota Local Rules.

                Respectfully submitted,

Dated:  July 19, 2024        **WINTHROP & WEINSTINE, P.A.**

        */s Thomas H. Boyd*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

29379372v1