UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 0:23-cv-02015 |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity* as County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity* as Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity* as Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity* as Member of the Minnesota Campaign Finance and Public Disclosure Board, | **LOCAL RULE 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE FOR PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS OF PROFESSOR SARAH HAAN** |
| Defendants | |

I, Thomas H. Boyd, certify that Plaintiff's Memorandum in Support of Its Motion to Exclude the Opinions of Professor Sarah Haan complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used the software Microsoft Word 2016, and that this word processing program has been applied specifically

1

to include all text, including headings, footnotes, and quotations in the following word count, except for the caption, signature-block text, and certifications of compliance. I further certify that the above document contains the following number of words: 6,223.

I further certify that the foregoing memorandum complies with Local Rule 7.1(h) in that it is typewritten in size 13 font, double-spaced (except for headings, footnotes and quotations that exceed two lines), and utilized 8 ½ x 11 inch margins.

Dated:  July 19, 2024 **WINTHROP & WEINSTINE, P.A.**

By:  *s/Thomas H. Boyd*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff*

29382042v1