# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **PLAINTIFF'S MEET AND CONFER STATEMENT ON MOTION TO EXCLUDE THE OPINIONS OF PROFESSOR SARAH HAAN** |
| Defendants | |

I, Thomas H. Boyd, representing Plaintiff Minnesota Chamber of Commerce ("Chamber"), hereby certify that my colleagues and I engaged in good faith meet and confer communications with counsel for the Minnesota Campaign Finance and Public Disclosure Board Defendants on the Chamber's prospective Motion to Exclude the

1

Opinions of Professor Sarah Haan. In addition, on July 15, 2024, counsel met in good faith via telephonic conference to discuss the motion. Defendants did not agree to any part of the relief requested in Plaintiff's motion.

                                                        Respectfully submitted,

Dated:  July 19, 2024                        **WINTHROP & WEINSTINE, P.A.**

                                                      */s Thomas H. Boyd*  _____
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

29380589v1