# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **[PROPOSED]**<br><br>**ORDER GRANTING MOTION TO EXCLUDE THE OPINIONS OF PROFESSOR SARAH HAAN** |
| Defendants | |

This matter is before the Court on Plaintiff's Motion to Exclude the Opinions of Professor Sarah Haan pursuant to Federal Rule of Evidence 702. Based on the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.     Plaintiff's Motion to Exclude the Opinions of Professor Sarah Haan is **GRANTED**; and

2.     Professor Sarah Haan shall not be permitted to offer opinions, and her opinions will not be considered in connection with the merits, in this case.


Dated: _____, 2024             _____ _____

ERIC C. TOSTRUD
United States District Judge

29380552v1