UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | |
| Defendants. | |

Clean Elections Minnesota filed a motion for leave to file an amicus brief with respect to the parties' cross-motions for summary judgment. ECF No. 119. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Clean Elections Minnesota's Motion for Leave to File an Amicus Brief [ECF No. 119] is **GRANTED** as follows:

1. Clean Elections Minnesota may file an amicus brief on or before **August 16, 2024**; and

2. Clean Elections Minnesota's amicus brief shall be no more than 5,000 words.

Dated:  July 19, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court