UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rules 56 and 65 of the Federal Rules of Civil Procedure and applicable law, Plaintiff Minnesota Chamber of Commerce (the "Chamber") moves the Court for summary judgment in Plaintiff's favor and the entry of a permanent injunction. Plaintiff's motion is based upon the pleadings, files, records, and proceedings herein, and Plaintiff's

1

Memorandum of Law and supporting Declarations, filed pursuant to the applicable Federal Rules of Civil Procedure and District of Minnesota Local Rules.

                                            Respectfully submitted,

Dated:  July 19, 2024                      **WINTHROP & WEINSTINE, P.A.**

                                            */s Thomas H. Boyd*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

29217907v1

2