# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 0:23-cv-02015<br><br><br><br><br><br>**STATEMENT INSTEAD OF REDACTION FOR BOYD DECLARATION EXHIBIT U** |

Pursuant to Rule Local Rule 5.6(d)(2)B, Exhibit U to the Declaration of Thomas H. Boyd have been filed under seal in its entirety because the entirety of the document contains a third-party's confidential information regarding stock owners, who are themselves third-

parties with confidentiality interests, and this document was designated "attorneys' eyes only' pursuant to the Court's Protective Order. (*See* ECF 55).

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>Dated: July 19, 2024</td><td>**WINTHROP & WEINSTINE, P.A.**</td></tr>
</table>

   *s/ Thomas H. Boyd*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

29369947v1