# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>*Plaintiff*,<br><br>v.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>*Defendants*. | No. 23-CV-02015 (ECT/JFD)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* The National Association of Manufacturers states that it is a 501(c)(6) non-profit trade association that has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: August 2, 2024

s/ Nur Ibrahim
Nur Ibrahim # 0398397
Caleb P. Burns (DC Bar # 474923)
Andrew G. Woodson (DC Bar # 494062)
Jeremy Broggi (DC Bar # 1029427)
Michael Showalter (DC Bar # 1618184)
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
nibrahim@wiley.law

*Counsel for Amici Curiae*


Erica Klenicki
Michael A. Tilghman II
NAM Legal Center
733 Tenth Street, NW
Suite 700
Washington, DC 20001
(202) 637-3000
eklenicki@nam.org
mtilghman@nam.org

*Counsel for Amicus Curiae National Association of Manufacturers*