UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,

              Plaintiff,

vs.

John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,

              Defendants.

File No. 23-cv-2015 (ECT/JFD)

**ORDER**

---

       The Chamber of Commerce of the United States of America ("Chamber") and the National Association of Manufacturers ("NAM") filed a motion for leave to file an amicus brief in support of Plaintiff's motion for summary judgment.  ECF No. 139.  Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Chamber and NAM's Motion for Leave to File an Amicus Brief [ECF No. 139] is **GRANTED**.  The

Chamber and NAM may file their proposed brief [ECF No. 139-1] as an amicus brief on or before **August 16, 2024**.

Dated:  August 5, 2024                                   s/ Eric C. Tostrud
                                                         Eric C. Tostrud
                                                         United States District Court