UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>　　　　　Defendants. | File No. 23-cv-2015 (ECT/JFD)<br><br>**ORDER** |

The Campaign Legal Center filed a motion for leave to file an amicus brief with respect to the parties' cross-motions for summary judgment. ECF No. 142. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Campaign Legal Center's Motion for Leave to File an Amicus Brief [ECF No. 142] is **GRANTED** as follows:

1. The Campaign Legal Center may file an amicus brief on or before **August 16, 2024**; and

2. The Campaign Legal Center's amicus brief shall be no more than 5,000 words.

Dated:  August 8, 2024                                   s/ Eric C. Tostrud
                                                                              Eric C. Tostrud
                                                                              United States District Court