UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, et al.,<br><br>Defendants. | Court File No. 23-cv-02015 (ECT/JFD)<br><br>**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

TO: PLAINTIFF and its attorneys, Thomas Boyd, Tammera Diehm, and Kyle Kroll, Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota, 55402.

Defendants George Soule, David Asp, Carol Flynn, Margaret Leppik[1], Stephen Swanson, and Faris Rashid, hereinafter ("State Defendants"), in their official capacities as members of the Minnesota Campaign Finance and Public Disclosure Board, respectfully move the Court for an Order granting judgment and dismissing all claims in this matter with prejudice. This motion is based on Federal Rule of Civil Procedure 56; all supporting memoranda, declarations, and exhibits filed and served in accordance with D. Minn. LR 7.1 and 5.6; and all the files, records, and proceedings herein.

**Signature on following page.**

---

[1] The State Defendants are George Soule, David Asp, Carol Flynn, Margaret Leppik, Stephen Swanson, and Faris Rashid, collectively "the Board." Margaret Leppik has been replaced on the Board by Dave Kleis. State Defendants will file a letter to that effect, requesting that the Court update the caption.

Dated: August 9, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
MATT MASON (#0397573)
NATHAN HARTSHORN (#0320602)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS