UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, et al.,<br><br>Defendants. | Court File No. 23-cv-02015 (ECT/JFD)<br><br>**NOTICE OF HEARING ON STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

TO: The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that State Defendants' motion for summary judgment will be heard on **October 15, 2024** at **9:00 a.m.** before the Honorable Eric C. Tostrud, United States District Court Judge for the District of Minnesota, in Courtroom 7D at the United States District Court, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: August 9, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
MATT MASON (#0397573)
NATHAN HARTSHORN (#0320602)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS