UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>John Choi, et al.,<br><br>                Defendants. | Court File No. 23-cv-02015 (ECT/JFD)<br><br>**(PROPOSED) ORDER GRANTING STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on October 15, 2024, for a hearing on State Defendants' motion for summary judgment. Based on the parties' arguments and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. State Defendants' Motion for Summary Judgment (ECF No. ___) is GRANTED in all respects.

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____          _____
                                                           The Honorable Eric C. Tostrud
                                                           United States District Court Judge