**The Office of Minnesota Attorney General Keith Ellison**

helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

August 14, 2024

**VIA CM/ECF**

United States District Court – District of Minnesota
U.S. District Courthouse
316 North Robert Street
Suite 100
St. Paul, Minnesota 55101

**Re:** *Minnesota Chamber of Commerce v. John Choi, et al.*
   United States District Court, Case No. 23-cv-02015 (ECT/JFD)

Ms. Fogarty:

    I represent the State Defendants in the above-captioned case. All of them are sued in their official capacities only, as members of the Minnesota Campaign Finance and Public Disclosure Board. Since the time this case began, one Defendant is no longer serving as a member and there is a new member. Pursuant to Fed. R. Civ. P. 25(d), I respectfully ask that the Court make the following substitution: Please remove Margaret Leppik from the caption and this case. In her place, please substitute Dave Kleis (sued in his official capacity only).

Sincerely,

s/ **Janine Kimble**
JANINE KIMBLE
Manager, Employment, Tort, PUC Division
Assistant Attorney General

(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

cc:   All counsel of record, via CM/ECF