UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>　　　　　　　Defendants | Case No.: 0:23-cv-02015<br><br><br><br><br><br><br><br>**SUPPLEMENTAL DECLARATION OF ERIC NERLAND IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Eric Nerland, hereby declare:

　　　1.　　I am the co-founder and CEO of Lake of the Woods Cannabis Company ("LW"). I have held this position since 2022.

1

2. LW is a privately-held C-corporation incorporated in Minnesota with its principal place of business in Warroad, Minnesota.

3. LW currently manufactures and sells CBD beverages and products as allowed by Minnesota law. LW intends to open dispensaries in Minnesota and sell adult use cannabis once legal to do so.

4. Cannabis products are highly regulated on the municipality, city, county, state, and federal government level.

5. In 2022, Minnesota legalized the sale and consumption of edibles containing small amounts of hemp-derived THC.

6. On May 30, 2023, Governor Tim Walz signed an expansive cannabis legalization bill into law that allows for the recreational use of cannabis starting August 1, 2023. The law further provides that the sale of adult use cannabis in Minnesota will be legal in 2025.

7. LW has been actively researching candidates and campaigns that are pro-cannabis and support future dispensary businesses in the following Minnesota counties: Olmstead, Koochiching, Goodhue, Wabasha, and Roseau.

8. In August 2024, LW made an independent expenditure by purchasing advertisement space in the Roseau Times-Region and advertising that LW supports the re-election of Representative John Burkel in District 01A. The advertisement was published in the August 26, 2024 edition.

9. Attached as **Exhibit A** is a true and correct copy of the advertisement.

10. LW continues to be a "foreign influence corporation" as defined by the statute and therefore would be prohibited from making this independent expenditure if the statute became effective.

11. LW could not have made this independent expenditure if the Court had not enjoined the effectiveness of the statute.

12. LW made the expenditure at this time because, as the election is now quickly approaching and only a couple months away, we believe voters are focusing on the upcoming election more closely and therefore the advertisement would have a greater impact than if we had expended these funds earlier.

13. LW intends to continue to participate in the public conversation on cannabis businesses in the current and future election cycles because it is operating as a legal manufacturer of CBD products and hopes to sell adult use cannabis beginning in 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024.

*Eric Nerland*
Eric Nerland

29676476v1

**Exhibit A**

# LAKE OF THE WOODS Cannabis Company

## SUPPORTS REPRESENTATIVE JOHN BURKEL for RE-ELECTION IN DISTRICT 01A

"This is an independent expenditure prepared and paid for by Lake of the Woods Cannabis Company, (PO BOX 242, Baudette, MN 56623). It is not coordinated with or approved by any candidate nor is any candidate responsible for it."