UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>John Choi, et al.,<br><br>　　　　　　Defendants. | Court File No. 23-cv-02015 (ECT/JFD)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

State Defendants, in connection with the Second Declaration of Janine Kimble in Support of State Defendants Motion for Summary Judgment, filed Exhibit 9 under temporary seal. State Defendants submit this Statement Instead of Redacted Document because Sealed Exhibit 9 has been marked entirely confidential with a designation of Attorney Eyes Only.

Dated: September 19, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
MATT MASON (#0397573)
NATHAN HARTSHORN (#0320602)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS