**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** |
| Defendants | |

Plaintiff Minnesota Chamber of Commerce (the "Chamber") moves the Court for leave to supplement the summary judgment record. The Chamber's motion is based upon the pleadings, files, records, and proceedings herein, and the Chamber's Memorandum of

1

Law and supporting Declarations, filed pursuant to the applicable Federal Rules of Civil Procedure and District of Minnesota Local Rules.

                Respectfully submitted,

Dated:  October 1, 2024         **WINTHROP & WEINSTINE, P.A.**

                */s/ Cianna G. Halloran*
                Thomas H. Boyd, #0200517
                Tammera R. Diehm, #0327566
                Kyle R. Kroll, #0398433
                Jordan E. Mogensen, #0400919
                Cianna G. Halloran, #0402841

                225 South Sixth Street
                Suite 3500
                Minneapolis, Minnesota 55402
                (612) 604-6400
                tboyd@winthrop.com
                tdiehm@winthrop.com
                kkroll@winthrop.com
                jmogensen@winthrop.com
                challoran@winthrop.com

                *Attorneys for Plaintiff Minnesota Chamber of Commerce*

29859391v1