# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **PLAINTIFF'S NOTICE OF HEARING ON MOTION FOR LEAVE TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** |
| Defendants | |

Please take notice that, on **October 15, 2024, at 9:00 a.m.,** before The Honorable Judge Eric C. Tostrud for the U.S. District Court in the District Court of Minnesota, Courtroom 7D, United States District Court 316 N. Robert Street St. Paul, MN 55101,

1

Plaintiff Minnesota Chamber of Commerce will move for leave to supplement the summary judgment record.

Respectfully submitted,

Dated:  October 1, 2024        **WINTHROP & WEINSTINE, P.A.**

    */s/ Cianna G. Halloran*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

29859349v1