**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** |
| Defendants | |

This matter came before the Court on October 15, 2024, at 9:00 a.m. for a hearing on the Plaintiff's Motion for Leave to Supplement the Summary Judgment Record. Based

1

on the parties' arguments and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to Supplement the Summary Judgment Record is **GRANTED**; and

2. The summary judgment record shall include Exhibit A to the Declaration of Cianna G. Halloran dated October 1, 2024 (ECF 168).

Dated: October __, 2024

ERIC C. TOSTRUD
United States District Judge

29859489v1