**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

October 29, 2024

**VIA CM/ECF**

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:**   *Minnesota Chamber of Commerce v. John Choi, et al.*
United States District Court, Case No. 23-cv-02015 (ECT/JFD)

Dear Judge Tostrud:

During the summary judgment hearing on October 15, 2024, I shared with the Court that the undersigned accidentally cited the wrong page for a proposition in State Defendants' brief regarding general treasury money.  *See* ECF No. 146, at 15-16 ("General treasury money . . . ."). The cite to page 129 at the top of page 15 should have been to page 139.  As a result, the wrong page was submitted to the Court with State Defendants' summary judgment brief.  (*See* ECF No. 149-7, at 22.)  Attached to this letter, please find page 139 of the Chamber's deposition transcript. The Chamber marked the page confidential, so we are filing the page under temporary seal.

Sincerely,

s/Janine Kimble

JANINE KIMBLE
Manager, Employment, Tort, PUC Division
Assistant Attorney General

(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us