UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Chamber of Commerce, a          Court File No. 23-cv-02015 (ECT/JFD)
Minnesota nonprofit corporation,

               Plaintiff,

                                     **STATEMENT INSTEAD OF**
  vs.                                   **REDACTED DOCUMENT**

John Choi, et al.,

               Defendants.


State Defendants, in connection with Janine Kimble's October 29, 2024 letter submitting a document in Support of State Defendants' Motion for Summary Judgment, filed the attachment to the October 29 letter under temporary seal. State Defendants submit this Statement Instead of Redacted Document because the attachment to the October 29 letter has been marked entirely confidential.


Dated: <u>October 29, 2024</u>             KEITH ELLISON
                                    Attorney General
                                    State of Minnesota

                                    s/ Janine Kimble
                                    JANINE KIMBLE (#0392032)
                                    MATT MASON (#0397573)
                                    NATHAN HARTSHORN (#0320602)
                                    Assistant Attorneys General

                                    445 Minnesota Street, Suite 1400
                                    St. Paul, Minnesota 55101-2131
                                    (651) 757-1415 (Voice)
                                    (651) 297-7206 (TTY)
                                    janine.kimble@ag.state.mn.us

                                    ATTORNEYS FOR STATE DEFENDANTS