UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, a Minnesota nonprofit corporation, | Court File No. 23-cv-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, et al., | |
| Defendants. | |

### JOINT MOTION REGARDING CONTINUED SEALING

An additional document has been filed under temporary seal in connection with the following motion:

**DOCKET 144 – State Defendants' Motion for Summary Judgment**

Pursuant to LR 5.6, Defendants submit this Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 178 | | SEALED Attachment to Kimble letter | <u>Plaintiff's position</u>: Testimony identified in ECF 178 should remain under seal.<br><br><u>State Defendants' position</u>: State Defendants have no objection to Plaintiff's position that the entire exhibit should remain sealed. | | <u>Plaintiff's position</u>: The testimony identified in ECF 178 should remain under seal because it includes a discussion of the confidential and sensitive business operations of the Plaintiff, including the use and spending of membership dues for political purposes.<br><br><u>State Defendants' position</u>: State Defendants have no objection to Plaintiff's position that the entire exhibit should remain sealed. |

| | |
|---|---|
| Dated: November 15, 2024 | **WINTHROP & WEINSTINE, P.A.**<br><br>s/ Cianna G. Halloran<br>Thomas H. Boyd, #0200517<br>Tammera R. Diehm, #0327566<br>Kyle R. Kroll, #0398433<br>Jordan E. Mogensen, #0400919<br>Cianna G. Halloran, #0402841<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>(612) 604-6400<br>tboyd@winthrop.com<br>tdiehm@winthrop.com<br>kkroll@winthrop.com<br>jmogensen@winthrop.com<br>challoran@winthrop.com<br><br>ATTORNEYS FOR PLAINTIFF |
| Dated: November 15, 2024 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ **Janine Kimble**<br>JANINE KIMBLE (#0392032)<br>MATT MASON (#0397573)<br>NATHAN HARTSHORN (#0320602)<br>Assistant Attorneys General<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1415 (Voice)<br>(651) 297-7206 (TTY)<br>janine.kimble@ag.state.mn.us<br><br>ATTORNEYS FOR STATE DEFENDANTS |

|#5937859-v1