# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 23-CV-02015

**Case Title:** Minnesota Chamber of Commerce v. Choi, et al.

### Affidavit of Movant

I, Nur Ibrahim, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jeremy Broggi, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify **ONE** specific district to which the attorney is admitted) the District of Columbia, but not admitted to the bar of this court, who will be counsel for the __plaintiff __defendant  Amici Curiae Chamber of Commerce of the United States of America in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: *Nur Ibrahim*   Date: 2/5/2025

MN Attorney License #: 0398397

1

**Affidavit of Proposed Admittee**

I, __Jeremy Broggi__, am currently a member in good standing of the U.S. District Court for the (please identify *ONE* specific district to which you are admitted) __for the District of Columbia__, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _/s/ Jeremy Broggi_   Date: __2/5/2025__

Typed Name: __Jeremy Broggi__

Attorney License Number: __1412160107__ issued by the State of __Maryland__

Federal Bar Number (if you have one): __1191522__

Law Firm Name: __Wiley Rein LLP__

Law Firm Address: __2050 M. Street NW__
__Washington, DC 20036__

Main phone: (__202__) __719-7000__   Direct line: (__202__) __719-3747__

E-mail address: __jbroggi@wiley.law__