**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, <br><br> Plaintiff, <br><br> vs. <br><br> John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Dave Kleis, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, <br><br> Defendants | Case No.: 23-CV-02015 (ECT/JFD) <br><br><br><br> **STIPULATION FOR SUBMISSIONS RELATING TO PLAINTIFF'S PETITION FOR ATTORNEY'S FEES AND COSTS** |

Plaintiff intends to file a Petition for Attorney's Fees and Costs and associated submissions, to which Defendants anticipate filing responsive submissions. The parties have met and conferred about a briefing schedule, and stipulate to request the Court to order these submissions be made pursuant to the following briefing schedule and terms:

1

1. Plaintiff will file its petition and associated submissions by February 21, 2025—these submissions will not include an engaged expert's declaration addressing the reasonableness of the hourly rates and fees charged in this matter;

2. Defendants will file their submissions responding to Plaintiff's petition by March 3, 2025—if Defendants' responsive submissions do not object to the reasonableness of the hourly rates and fees, then Plaintiff will not engage an expert to submit a declaration on the reasonableness of the hourly rates and fees charged in this matter;

3. Plaintiff will file its reply submission by March 17, 2025—if Defendants' responsive submissions object to the reasonableness of the hourly rates and fees charged in this matter, then Plaintiff may submit an engaged expert's declaration with its reply;

4. If Plaintiff submits an engaged expert's declaration with its reply, then Defendants may submit a sur-reply by March 24, 2025;

5. Hearing on Plaintiff's petition will be scheduled be the Court.

<u>So stipulated:</u>

Dated: February 18, 2025                    WINTHROP & WEINSTINE, P.A.

<u>*s/Thomas H. Boyd*</u>
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: February 18, 2025 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>*s/ Janine Kimble*<br>JANINE KIMBLE (#0392032)<br>MATT MASON (#0397573)<br>NATHAN HARTSHORN (#0320602)<br>Assistant Attorneys General<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1415 (Voice)<br>(651) 297-7206 (TTY)<br>janine.kimble@ag.state.mn.us<br><br>*Attorneys for State Defendants* |
| | JOHN J. CHOI<br>Ramsey County Attorney |
| Dated: February 18, 2025 | *s/ Kristine Nogosek*<br>Kristine Nogosek (#0304803)<br>Kevin S. Plaisance (#0504690)<br>Assistant Ramsey County Attorney<br>121 Seventh Place East, Suite #4500<br>Saint Paul, MN 55101<br>651-266-3230 (Nogosek)<br>651-266-3178 (Plaisance)<br>kristine.nogosek@co.ramsey.mn.us<br>kevin.plaisance@co.ramsey.mn.us<br><br>*Attorneys for Defendant Ramsey County Attorney*<br>_____ |

30926658v1