# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Dave Kleis, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**[PROPOSED]**<br><br>**ORDER FOR SUBMISSIONS RELATING TO PLAINTIFF'S PETITION FOR ATTORNEY'S FEES AND COSTS** |

This matter is before the Court on the parties' Stipulation for Submissions Relating To Plaintiff's Petition for Attorney's Fees and Costs. Based on the parties' stipulation, and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff will file its petition and associated submissions by February 21, 2025—these submissions will not include an engaged expert's declaration

1

addressing the reasonableness of the hourly rates and fees charged in this matter;

2. Defendants will file their submissions responding to Plaintiff's petition by March 3, 2025—if Defendants' responsive submissions do not object to the reasonableness of the hourly rates and fees, then Plaintiff will not engage an expert to submit a declaration on the reasonableness of the hourly rates and fees charged in this matter;

3. Plaintiff will file its reply submission by March 17, 2025—if Defendants' responsive submissions object to the reasonableness of the hourly rates and fees charged in this matter, then Plaintiff may submit an engaged expert's declaration with its reply;

4. If Plaintiff submits an engaged expert's declaration with its reply, then Defendants may submit a sur-reply by March 24, 2025;

5. Hearing on Plaintiff's petition will be scheduled by the Court.

Dated: February ___, 2025          _____
                                   ERIC C. TOSTRUD
                                   United States District Judge

30926687v1

2