UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | File No. 23-cv-2015 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| John Choi, *in his official capacity as County Attorney for Ramsey County, Minnesota*; George Soule, *in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board*; David Asp, *in his official capacity as Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board*; Carol Flynn, *in her official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board*; Dave Kleis, *in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board*; Stephen Swanson, *in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board*; and Faris Rashid*, in his official capacity as Member of the Minnesota Campaign Finance and Public Disclosure Board*, | |
| Defendants. | |

---

Based on the Stipulation for Submissions Relating to Plaintiff's Petition for Attorney's Fees and Costs [ECF No. 185], and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Plaintiff shall file its petition and associated submissions on or before February 21, 2025. These submissions will not include an engaged expert's declaration addressing the reasonableness of the hourly rates and fees charged in this matter.

2. Defendants shall file their submissions responding to Plaintiff's petition on or before March 3, 2025. If Defendants' responsive submissions do not object to the reasonableness of the hourly rates and fees, then Plaintiff will not engage an expert to submit a declaration on the reasonableness of the hourly rates and fees charged in this matter.

3. Plaintiff shall file its reply submission on or before March 17, 2025. If Defendants' responsive submissions object to the reasonableness of the hourly rates and fees charged in this matter, then Plaintiff may submit an engaged expert's declaration with its reply.

4. If Plaintiff submits an engaged expert's declaration with its reply, then Defendants may file a sur-reply on or before March 24, 2025.

5. The Court shall determine whether a hearing will be held on Plaintiff's petition. If a hearing is to be held, it will be scheduled in consultation with the parties.

Dated: February 19, 2025         s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court