# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>    Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>    Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**PLAINTIFF'S MOTION FOR FEES AND EXPENSES** |

Plaintiff Minnesota Chamber of Commerce (the "Chamber") moves the Court for an award of fees and expenses. The Chamber's motion is based upon the pleadings, files, records, and proceedings herein, and the Chamber's Memorandum of Law and supporting

1

Declarations, filed pursuant to the applicable Federal Rules of Civil Procedure and District of Minnesota Local Rules.

                                        Respectfully submitted,

Dated:  February 21, 2025        **WINTHROP & WEINSTINE, P.A.**

                                        */s/ Kyle R. Kroll*
                                    Thomas H. Boyd, #0200517
                                    Tammera R. Diehm, #0327566
                                    Kyle R. Kroll, #0398433
                                    Jordan E. Mogensen, #0400919
                                    Cianna G. Halloran, #0402841

                                    225 South Sixth Street
                                    Suite 3500
                                    Minneapolis, Minnesota 55402
                                    (612) 604-6400
                                    tboyd@winthrop.com
                                    tdiehm@winthrop.com
                                    kkroll@winthrop.com
                                    jmogensen@winthrop.com
                                    challoran@winthrop.com

                                    *Attorneys for Plaintiff Minnesota Chamber of Commerce*

30965984v2