**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*, | Case No.: 23-CV-02015 (ECT/JFD) |
| Plaintiff, | |
| vs. | |
| John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board, | **MEET AND CONFER STATEMENT ON PLAINTIFF'S MOTION FOR FEES AND EXPENSES** |
| Defendants | |

I, Kyle R. Kroll, representing Plaintiff Minnesota Chamber of Commerce ("Chamber"), hereby certify that my colleagues and I engaged in good faith meet and confer communications with counsel for the Minnesota Campaign Finance and Public Disclosure Board Defendants and Ramsey County Attorney John Choi on the Chamber's

1

Petition for Fees and Expenses. In addition, on February 14, 2025, counsel met in good faith via telephonic conference to discuss the motion. Defendants agreed that Plaintiff is the prevailing party entitled to fees and expenses. Defendants reserved the right to review the fee petition to assess the reasonableness.

|  | Respectfully submitted, |
|---|---|
| Dated:  February 21, 2025 | **WINTHROP & WEINSTINE, P.A.** |

   */s/ Kyle R. Kroll*
Thomas H. Boyd, #0200517
Tammera R. Diehm, #0327566
Kyle R. Kroll, #0398433
Jordan E. Mogensen, #0400919
Cianna G. Halloran, #0402841

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com
jmogensen@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff Minnesota Chamber of Commerce*

30965507v1