**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Chamber of Commerce, *a Minnesota nonprofit corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>John Choi, *in his official capacity as* County Attorney for Ramsey County, Minnesota; George Soule, *in his official capacity as* Chair of the Minnesota Campaign Finance and Public Disclosure Board; David Asp, *in his official capacity as* Vice Chair of the Minnesota Campaign Finance and Public Disclosure Board; Carol Flynn, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Margaret Leppik, *in her official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; Stephen Swanson, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board; and Faris Rashid, *in his official capacity as* Member of the Minnesota Campaign Finance and Public Disclosure Board,<br><br>Defendants | Case No.: 23-CV-02015 (ECT/JFD)<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR FEES AND EXPENSES** |

This matter came before the Court on Plaintiff's Motion for Fees and Expenses. Based on the parties' arguments and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff's Motion for Fees and Expenses is **GRANTED**;

1

2. Plaintiff is awarded attorneys' fees in the amount of $708,971.25;

3. Plaintiff is awarded expert fees (included in attorneys' fees) in the amount of $44,325.00; and

4. Plaintiff is awarded expenses (included in attorneys' fees) in the amount of $937.90.

5. Plaintiff is granted leave to submit a supplemental request for fees incurred in prosecuting its Motion for Fees and Expenses, for which Plaintiff shall submit a brief description and supporting documentation in 14 days.

Dated: February 21, 2025

ERIC C. TOSTRUD
United States District Judge

30966413v1