UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, | Case No.: 0:23-CV-02015-ECT-JFD |
| Plaintiff, | |
| v. | **RAMSEY COUNTY ATTORNEY JOHN CHOI'S MEET AND CONFER STATEMENT** |
| John Choi, et al., | |
| Defendants. | |

I, Kristine Nogosek, on behalf of Defendant John Choi, in his official capacity as the Ramsey County Attorney (the "County Attorney"), met and conferred with counsel for Plaintiff Minnesota Chamber of Commerce (the "Chamber") and Minnesota Campaign Finance and Public Disclosure Board Defendants (the "State").

On February 10, 2025, the Chamber's counsel communicated via email to schedule a meet and confer on its to-be-filed petition for an award of fees and costs. On February 11, 2025, I replied to that email, with a copy to the State's counsel, asking if the Chamber intended to seek an award against the County Attorney. That same day, the Chamber responded via email indicating that it was, unless the State would assume the County Attorney's potential liability.

On February 21, 2025, I talked to the State's counsel, Assistant Attorney General Janine Kimble, and was told that the State did not agree to assume the County Attorney's potential liability for a fee award in favor of the Chamber.

|  |  |
|---|---|
|  | **JOHN J. CHOI**<br>**RAMSEY COUNTY ATTORNEY** |
| Dated: March 03, 2025 | By: */s/ Kristine Nogosek*<br>       Kristine Nogosek (#0304803)<br>Assistant Ramsey County Attorneys<br>360 Wabasha Street N., Suite 100<br>Saint Paul, MN 55102<br>651-266-3230 (Nogosek)<br>kristine.nogosek@co.ramsey.mn.us<br><br>**ATTORNEY FOR DEFENDANT** |