UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Chamber of Commerce, | Court File No.: 0:23-CV-02015-ECT-JFD |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| John Choi, et al., | |
| Defendants. | |

The undersigned attorney hereby notifies the Court, Plaintiff, and Co-Defendants that the Assistant County Attorney Brett Bacon shall appear as co-counsel of record for Defendant John Choi in his official capacity in this case along with Assistant County Attorney Kristine Nogosek.

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

Dated: March 3, 2025

By: */s/ Brett Bacon*
Brett Bacon (#0400776)
Assistant County Attorney
360 Wabasha Street, Suite 100
St. Paul, MN 55102
651-266-3211 (Bacon)
brett.bacon@co.ramsey.mn.us
***Attorneys for Ramsey County***